Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-461-848**

**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
September 09, 2025

## Title

**Title of Work:** The Firefighter

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 18, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Daniel Sundahl dba DanSun Photo Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Daniel Sundahl dba DanSun Photo Art
44 Avonlea Way, Spruce Grove, T7X 0Y3, Canada

## Rights and Permissions

**Name:** Daniel Sundahl
**Email:** daniel@dansunphotos.com
**Address:** 44 Avonlea Way
Spruce Grove T7X 0Y3 Canada

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** DS2025050601

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-461-949**

**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
September 09, 2025

## Title

    **Title of Work:** A Little Breather

## Completion/Publication

    **Year of Completion:** 2014
    **Date of 1st Publication:** November 02, 2014
    **Nation of 1st Publication:** Canada

## Author

-     **Author:** Daniel Sundahl dba DanSun Photo Art
    **Author Created:** 2-D artwork
    **Citizen of:** Canada

## Copyright Claimant

    **Copyright Claimant:** Daniel Sundahl dba DanSun Photo Art
    44 Avonlea Way, Spruce Grove, T7X 0Y3, Canada

## Rights and Permissions

    **Name:** Daniel Sundahl
    **Email:** daniel@dansunphotos.com
    **Address:** 44 Avonlea Way
    Spruce Grove T7X 0Y3 Canada

## Certification

    **Name:** David Denholm
    **Date:** May 06, 2025
    **Applicant's Tracking Number:** DS2025050603

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-461-947**

**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
September 09, 2025

---

## Title

**Title of Work:** Trauma Girls

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 28, 2014
**Nation of 1st Publication:** Canada

## Author

- **Author:** Daniel Sundahl dba DanSun Photo Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Daniel Sundahl dba DanSun Photo Art
44 Avonlea Way, Spruce Grove, T7X 0Y3, Canada

## Rights and Permissions

**Name:** Daniel Sundahl
**Email:** daniel@dansunphotos.com
**Address:** 44 Avonlea Way
Spruce Grove T7X 0Y3 Canada

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** DS2025050602

Page 1 of 2

**Correspondence:** Yes

