IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DANIEL SUNDAHL,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-14535

Judge Steven C. Seeger

Magistrate Judge Keri L. Holleb Hotaling

**PLAINTIFF'S MOTION FOR ENTRY OF A TURNOVER ORDER
DIRECTED TO TEMU, LLC**

Pursuant to Fed. R. Civ. P. 69 and 735 ILCS 5/2-1402, Plaintiff, DANIEL SUNDAHL ("Plaintiff"), by Plaintiff's counsel, moves this Honorable Court for an order for turnover or funds belonging to the below named Defendants currently held by Temu, LLC ("Temu"). In support of this motion, Plaintiff states the following.

On April 17, 2026, this Court entered judgment in favor of Plaintiff and against Defendants in the amount of one thousand dollars ($1,000) for willful use of the infringing Daniel Sundahl Works. [28]. On May 11, 2026, the Clerk of the Court issued a Citation to Discover Assets ("Citation") directed to Temu and regarding the below Defendants (the "Judgment Debtors").

| Def. No. | Seller Name | Account ID |
|---|---|---|
| 55 | Wb Grapefruit Art | 634418221071837 |
| 56 | SJ Canvas Painting Shop | 634418220517065 |
| 57 | Feylor | 634418217717315 |
| 58 | MetalBem | 634418220183507 |
| 59 | Grapefruit Art | 634418220068585 |
| 60 | Wow Poster | 634418221102708 |
| 61 | DOUYS | 634418217031065 |

| 62 | DPDC | 634418219733233 |
|---|---|---|
| 63 | Shiyage | 634418214520076 |
| 64 | TomiA | 634418217411785 |
| 65 | M Stand Decor Sign | 634418213016574 |
| 66 | Liam feng | 634418225210228 |
| 67 | ZLZMALL | 634418223847509 |
| 68 | ArtfulEchoes E | 634418223011671 |
| 69 | Mark Draw | 634418215155068 |
| 70 | Lintiepihua | 634418221316668 |
| 71 | SI Art shop | 634418221007437 |
| 72 | Xiao Xie decorative painting | 634418220011068 |
| 73 | DPDB | 634418219717509 |
| 74 | CGCD | 634418219499205 |
| 75 | Park new | 634418217372433 |
| 76 | XMS Dec | 634418215091227 |
| 77 | WERSQ | 634418221675341 |
| 78 | Ethereal Artsy | 634418220146351 |
| 79 | lange local | 634418216226259 |
| 80 | HUA XIU ART | 634418219292149 |
| 81 | CX Art shop | 634418221256556 |
| 82 | Linbenben | 634418223553966 |
| 83 | Essential Epoch | 634418222364332 |
| 84 | Emilyli | 634418222168999 |
| 85 | WDRWDR | 634418222395000 |
| 86 | Birds lin | 634418222843344 |
| 87 | BushunTEMU | 634418222414044 |
| 88 | Spring breeze art | 634418214416198 |
| 89 | YLLCYJK | 634418222395539 |
| 90 | ZSFSEFWE | 634418220111384 |
| 91 | Xu decorative painting | 634418222014679 |

Plaintiff served Temu with the Final Judgment Order and Citation on May 12, 2026. On July 12, 2026, Temu served Plaintiff with its Answer identifying that it withheld funds belonging to the Judgment Debtor pursuant to the Citation.

Plaintiff hereby requests that this Court enter an order directing Temu to turnover the funds belonging to the Judgment Debtor being held in accordance with the Citation pursuant to Fed. R. Civ. P. 69 and 735 ILCS 5/2-1402.

DATED: July 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**