# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DANIEL SUNDAHL,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-14535

Judge Steven C. Seeger

Magistrate Judge Keri L. Holleb Hotaling

## CORRECTED TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that:

1. Whaleco, Inc. d/b/a Temu has satisfied the Notice of Third Party Citation to Discover Assets;
2. Whaleco, Inc. d/b/a Temu is directed to pay the judgment creditor, DANIEL SUNDAHL, the amount held by Whaleco, Inc. d/b/a Temu up to $1,000 as awarded for the Defaulting Defendants in accordance with the Court's Final Judgment Order [28], pursuant to a Citation to Discover Assets; (details of the accounts listed in Schedule A hereto;) and,
3. Deliver said Proceeds by wire to Plaintiff's Counsel at

Bank: 5/3 Bank
7727 West Lake Street
River Forest, IL 60305
Acct Name: KEITH A. VOGT, ESQ.
ABA Routing: 071923909
International Wire Transfer routing number: 042000314
Swift Code: FTBCUS3C
Deposit to Account: 9999172060

DATED: October 30, 2026

Steven C. Seeger,
U.S. District Judge

**Schedule A**

| Def. No. | Seller Name | Account ID |
|---|---|---|
| 55 | Wb Grapefruit Art | 634418221071837 |
| 56 | SJ Canvas Painting Shop | 634418220517065 |
| 57 | Feylor | 634418217717315 |
| 58 | MetalBem | 634418220183507 |
| 59 | Grapefruit Art | 634418220068585 |
| 60 | Wow Poster | 634418221102708 |
| 61 | DOUYS | 634418217031065 |
| 62 | DPDC | 634418219733233 |
| 63 | Shiyage | 634418214520076 |
| 64 | TomiA | 634418217411785 |
| 65 | M Stand Decor Sign | 634418213016574 |
| 66 | Liam feng | 634418225210228 |
| 67 | ZLZMALL | 634418223847509 |
| 68 | ArtfulEchoes E | 634418223011671 |
| 69 | Mark Draw | 634418215155068 |
| 70 | Lintiepihua | 634418221316668 |
| 71 | SI Art shop | 634418221007437 |
| 72 | Xiao Xie decorative painting | 634418220011068 |
| 73 | DPDB | 634418219717509 |
| 74 | CGCD | 634418219499205 |
| 75 | Park new | 634418217372433 |
| 76 | XMS Dec | 634418215091227 |
| 77 | WERSQ | 634418221675341 |
| 78 | Ethereal Artsy | 634418220146351 |
| 79 | lange local | 634418216226259 |
| 80 | HUA XIU ART | 634418219292149 |
| 81 | CX Art shop | 634418221256556 |
| 82 | Linbenben | 634418223553966 |
| 83 | Essential Epoch | 634418222364332 |
| 84 | Emilyli | 634418222168999 |
| 85 | WDRWDR | 634418222395000 |
| 86 | Birds lin | 634418222843344 |
| 87 | BushunTEMU | 634418222414044 |
| 88 | Spring breeze art | 634418214416198 |
| 89 | YLLCYJK | 634418222395539 |
| 90 | ZSFSEFWE | 634418220111384 |
| 91 | Xu decorative painting | 634418222014679 |