**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DANIEL SUNDAHL,

Plaintiff, Case No.: 1:25-cv-14535

v. Hon. Steven C. Seeger

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants.

# AMENDED TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that:

1. Whaleco, Inc. d/b/a Temu has satisfied the Notice of Third Party Citation to Discover Assets;

2. Whaleco, Inc. d/b/a Temu is directed to pay the judgment creditor, DANIEL SUNDAHL, the amount held by Whaleco, Inc. d/b/a Temu up to $1,000 as awarded for the Defaulting Defendants in accordance with the Court's Final Judgment Order [34], pursuant to a Citation to Discover Assets (details of the accounts listed in Schedule A hereto); and,

3. Deliver said Proceeds by wire to Plaintiff's Counsel at

Bank: 5/3 Bank
7727 West Lake Street
River Forest, IL 60305
Acct Name: KEITH A. VOGT, ESQ.
ABA Routing: 071923909
International Wire Transfer routing number: 042000314
Swift Code: FTBCUS3C
Deposit to Account: 9999172060

Date: November 2, 2026

Steven C. Seeger
United States District Judge

## Schedule A

| Def. No. | Seller Name | Account ID |
|---|---|---|
| 2 | C Grateful Decorative painting | 634418218150225 |
| 3 | Rich Ice | 634418225168749 |
| 4 | John Calvin Posters | 634418220946474 |
| 5 | Luxury Gallery | 634418219780622 |
| 6 | B Distant decorative painting | 634418218241072 |
| 7 | Frame Haven | 634418222279788 |
| 8 | Decorative Painting Superman | 634418219571237 |
| 9 | Orchid Gallery | 634418219771678 |
| 10 | Elegant Gallery | 634418219780212 |
| 11 | Canvas Oil Painting Art | 634418220878701 |
| 12 | BWZ Painting Shop | 634418224619864 |
| 13 | RCanvas Gallery Art | 634418219014251 |
| 14 | R Art Garden | 634418218125148 |
| 15 | D Distant decorative painting | 634418218241135 |
| 17 | Artful Decor Vision | 634418219329799 |
| 18 | Nordica Art Decor | 634418210991444 |
| 21 | Art Art Poster | 634418220559110 |